UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-20849-CIV-GOLD/MCALILEY

CLX & ASSOCIATES, INC.; and
ROBERT WEIDENBAUM,

    Plaintiffs,

v.

MARINE EXPLORATION, INC.;
PAUL D. ENRIGHT;
THE ENRIGHT FAMILY TRUST; and
MIGUEL THOMAS GONZALEZ,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE

THIS CAUSE having come before the Court on the Motion [DE 10] for Limited Appearance, Consent to Designation and Request to Electronically Receive Notice of Electronic Filings seeking permission for a limited appearance of Michael G. Bohn and Scott A. Hyman in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion [DE 10] for Limited Appearance, Consent to Designation and Request to Electronically Receive Notice of Electronic Filings is GRANTED. Michael G. Bohn and Scott A. Hyman are granted to appear and participate in this action on behalf of all Defendants. The Clerk shall provide electronic notification of all electronic filings to:

Michael G. Bohn at mbohn@ostermartin.com; and,
Scott A. Hyman at shyman@ostermartin.com.

DONE AND ORDERED in Chambers at Miami, Florida this 23 day of May, 2008.

                                            THE HONORABLE ALAN S. GOLD
                                            UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record