UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20849-CIV-GOLD/MCALILEY

CLX & ASSOCIATES, INC. and
ROBERT WEIDENBAUM,

    Plaintiffs,

v.

MARINE EXPLORATION, INC.,
PAUL ENRIGHT, the
ENRIGHT FAMILY TRUST, and
MIGUEL THOMAS GONZALEZ,

    Defendants.
_____/

ORDER DISMISSING CASE WITH PREJUDICE; CANCELLING TELEPHONIC
STATUS CONFERENCE; CLOSING CASE

THIS CAUSE comes before the Court on the Joint Stipulation by all Parties of Dismissal of Action with Prejudice [DE 19] filed on July 11, 2008. In this Stipulation, the parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that this action shall be dismissed with prejudice, with each party to bear its own costs and fees. Based on this Stipulation, I dismiss this action with prejudice, cancel the telephonic status conference set for Monday, July 14, 2008, and close this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1.     This action is DISMISSED with prejudice.

2.     The telephonic status conference set for July 14, 2008 is CANCELLED.

3.     This case is CLOSED.

4.     All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 14th day of July, 2008.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris McAliley
All counsel of record